GILES E. LEACH et al., Respondents, *v.* CHARLES F. LINDE, Appellant.*

(Argued March 12, 1894; decided April 10, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 17, 1893, which affirmed an order of Special Term denying a motion to vacate an order of arrest.

*Edward S. Clinch* for appellant.

*Lorenzo Semple* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

In the Matter of the Accounting of CHARLES E. GALLAGHER, Late Committee, etc., of HESTER A. BABCOCK, a Lunatic.
CHARLES E. GALLAGHER, Appellant, *v.* EMMA H. BABCOCK, Respondent.

(Submitted March 9, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 22, 1892, which modified and affirmed as modified a judgment entered upon a decree of the county judge of Cattaraugus county.

*William H. Henderson* for appellant.

*Hudson Ansley* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

* Reported below, 73 *Hun,* 246.